IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| LOUIS OLIVEROS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:14CV135 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| BNSF RAILWAY COMPANY, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

In this case one or more motions in limine have been filed. It appears that the court should defer consideration of such motions until at or about time of trial, unless some reason is shown why earlier consideration is warranted. Accordingly,

IT IS ORDERED that the motion in limine (Filing 69) shall be held in abeyance and not considered until the first day of trial during the pretrial conference which will be held in chambers immediately prior to trial, unless a party shall show cause, within 10 working days of this order, why such deferral would be inappropriate.

DATED this 15th day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge